JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERARDO PRECIADO, | Case No. CV 16-01886-FMO (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| WILLIAM MUNEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: February 12, 2018

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge